**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SIGNANT HEALTH HOLDING CORP., | ) | |
| SIGNANT HEALTH LLC, SIGNANT | ) | |
| HEALTH GLOBAL LLC, and | ) | |
| SIGNANT HEALTH GLOBAL | ) | |
| SOLUTIONS LIMITED | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 26-114-GBW |
| | ) | |
| v. | ) | |
| | ) | |
| DEFINIUM THERAPEUTICS, INC. | ) | |
| F/K/A MIND MEDICINE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER ON DEFENDANT DEFINIUM THERAPEUTICS,
INC.'S MOTION TO DISMISS AND/OR STRIKE**

WHEREAS, the Court having considered Defendant Definium Therapeutics, Inc.'s Motion

to Dismiss all claims asserted against it in Plaintiff Signant Health Holding Corp.'s Complaint

(D.I. 1) pursuant to Federal Rule of Procedure 12(b)(6), and the Court having concluded that good

grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED this _____ day of _____, 2026 that:

The Motion to Dismiss is GRANTED. Plaintiff's Complaint is DISMISSED WITH

PREJUDICE.

_____
The Honorable Gregory B. Williams
United States District Judge