## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SIGNANT HEALTH HOLDING CORP.,
SIGNANT HEALTH LLC, SIGNANT
HEALTH GLOBAL LLC, and
SIGNANT HEALTH GLOBAL
SOLUTIONS LIMITED,

            Plaintiffs,

       v.

DEFINIUM THERAPEUTICS, INC. F.K.A.
MIND MEDICINE, INC.,

            Defendant.

Civil Action No. 26-114-GBW

## ORDER

AND NOW, this 1st day of July 2026, for the reasons set forth in the accompanying Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendant Definium Therapeutics, Inc.'s Motion to Dismiss and/or Strike Plaintiffs Signant Health Holding Corp., Signant Health LLC, Signant Health Global LLC, and Signant Health Global Solutions Limited's Complaint ("Definium's Motion to Dismiss") (D.I. 11) is **GRANTED**. Signant's Complaint (D.I. 1) is dismissed without prejudice.

 

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE